AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Derry Wayne Lambert<br><br>*Defendant(s)* | Case No.<br>5:23-mj-1181-PRL<br><br>**SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 31, 2023__ in the county of __Marion__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 912 | False impersonation of an officer of the United States |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

David Santana, DUSM, U.S. Marshal Service
Printed name and title

Sworn to before me and signed in my presence.

Date: 08/04/23

_____
Judge's signature

City and state: Ocala, Florida         Philip R. Lmmens, U.S. Magistrate Judge
Printed name and title

STATE OF FLORIDA                      MDFL CASE NO. 5:23-mj-1181-PRL

COUNTY OF MARION

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, David Santana, Deputy United States Marshal with the United States Marshals Service (USMS), being duly sworn, depose and state as follows:

1. I am a Deputy United States Marshal (DUSM) for the Middle District of Florida, Ocala Division and have been so employed since 2010. My official duties and responsibilities include judicial security, witness security, prisoner operations, and fugitive operations. I am specifically assigned to conduct investigations to locate and apprehend federal and state fugitives. As a federal law enforcement officer, I am vested with the authority to investigate violations of Federal laws, including but not limited to violations of 18 U.S.C. § 912.

2. The information contained in this affidavit is based upon my personal investigation, my review of the reports and videos in this case, and conversations with other law enforcement personnel. The following is not an exhaustive enumeration of the facts that I have learned during the investigation. Instead, they are the facts which I believe support a finding of probable cause to issue a federal criminal complaint charging Derry Wayne Lambert (LAMBERT) with falsely impersonating a federal officer (and acting as such), in violation 18 U.S.C. § 912.

### PROBABLE CAUSE

3. On July 31, 2023, at approximately 5:15 PM, Marion County Sheriff's Office (MSCO) Corporal Rosaci observed a 2016 black GMC pickup truck approaching the intersection at Southwest US Hwy 301 and Southwest Hwy 42, in

Marion County, within the Middle District of Florida. The truck had a Florida license plate. It had no agency markings but had red/blue emergency lights activated and an audible siren.



*Red and blue emergency lights on the GMC truck.*

Corporal Rosaci was unfamiliar with the sound of the siren—it did not match the sirens typically used by law enforcement. Furthermore, the red/blue emergency lights appeared to flash purple, which also was inconsistent with a law enforcement vehicle.

4. Corporal Rosaci then observed the truck drive on the shoulder of the road to pass other vehicles stopped at a red traffic light. The truck continued through the intersection while the traffic light was still red, which was a violation of Florida traffic laws.

5. Corporal Rosaci conducted a traffic stop on the truck. The driver was

later identified as LAMBERT. LAMBERT claimed to be a DUSM. Corporal Rosaci noticed that LAMBERT was wearing a black hat with the phrase "POLICE U.S. Marshal" along with a Department of Justice seal. LAMBERT also was holding a gold badge with "U.S. Marshal Service" on it.



*LAMBERT's hat and badge.*

6. Corporal Rosaci asked LAMBERT for his USMS credentials—specific identification documents issued to federal law enforcement officers. LAMBERT responded that his credentials were at his residence.

7. Special Deputy U.S. Marshal (SDUSM) W. Blair (MCSO ID 5621) spoke to LAMBERT over a cellular telephone. LAMBERT explained that he was a DUSM from Texas who had been sent to investigate gang members in Marion Oaks, Florida.

8. SDUSM Blair then drove to the location where Corporal Rosaci had

3

stopped LAMBERT. He advised LAMBERT of his constitutional rights, which LAMBERT freely and voluntarily waived.

9. In the resulting interview, Lambert claimed that he was a DUSM from Texas. When asked the name of the federal district to which he was assigned, LAMBERT replied that he worked out of "headquarters" in "Dallas." When asked the name of his USMS supervisor in Dallas, LAMBERT replied, "Jim Willis." LAMBERT claimed to have a "concrete business on the side" and that he was in the process of transferring from Texas to Florida with the USMS.

10. LAMBERT asserted that he and members of his USMS "squad"[1] had been sent from Texas to conduct a gang investigation in Marion Oaks. When asked, he could not name the other "squad" members. He repeatedly insisted that he was a DUSM.

11. LAMBERT eventually was placed under arrest on state charges that included impersonating a law enforcement officer. Incident to his arrest, deputies searched his truck. They confirmed that the truck—a private vehicle with a Florida tag—was equipped with red and blue emergency lights, a public address ("PA") system, and a siren. Deputies also recovered a .380 pistol in the center console.

12. LAMBERT was subsequently transported to the Marion County Jail. During the booking process, deputies discovered a hidden compartment in LAMBERT's wallet. That compartment contained 7 round pills with the phrase "TEVA" written on them. This type of pill is consistent with a controlled

---

[1] In my training and experience, the term "squad" is not used by the USMS.

substance—diazepam.

13. I have verified that LAMBERT never has been employed as a DUSM. Furthermore, the name he provided as his supervisor in Texas ("Jim Willis") does not belong to a person employed by the USMS.

14. Based on the foregoing, there is probable cause to believe that LAMBERT violated federal law by impersonating a federal law enforcement officer (and acting as such). For the reasons discussed in this affidavit, I respectfully request the Court issue a criminal complaint charging LAMBERT with violating 18 U.S.C. § 912.

This concludes my affidavit.

_____
David Santana, DUSM
United States Marshals Service

Sworn to and subscribed before me
this 4th day of August 2023.

_____
Philip R. Lammens
United States Magistrate Judge