# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

v.                                                    Case No.: 5:23-cr-77-JA-PRL

**DERRY WAYNE LAMBERT**
_____

## ORDER

      This case came before the Court on February 1, 2024, after an arrest of the defendant on a warrant issued by the Court on the Petition for Action on Conditions of Pretrial Release (Doc. 54).

      At the hearing, the Court advised the defendant of the charge in the Petition. The Court found probable cause to believe that the defendant did commit the offense while on release. The Government made an *ore tenus* motion to revoke the defendant's bond and the defense requested to modify the defendant's bond to add home incarceration pending the sentencing that is scheduled for March 21, 2024.

      Upon due consideration, and for the reasons discussed at the hearing, the Defendant's *ore tenus* motion to modify defendant's conditions of release is **GRANTED**. Defendant's Order Setting Conditions of Release (Doc. 15) is hereby modified to provide that defendant shall submit to home incarceration. The defendant is restricted to 24-hour-a-day lock-down at his residence except for medical appointments and court appearances or other activities specifically approved by pretrial services or the court. The defendant will also sign a medical waiver that will allow the Pretrial Office to communicate with his physician. All other

conditions of release not modified, including substance abuse treatment, remain in full force and effect.

**DONE AND ORDERED** in Ocala, Florida, on February 1, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge