**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

---

**UNITED STATES OF AMERICA**

VS.                                                              CASE NO: 5:23-cr-77-JA-PRL

**DERRY WAYNE LAMBERT**

| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVERNMENT:** | Sarah Swartzberg |
|---|---|---|---|
| **DEPUTY CLERK:** | Holly Iovino | **COUNSEL FOR DEFENDANT:** | Jack Maro |
| **COURT REPORTER:** | Nikki Peters courttranscripts@outlook.com | **PROBATION:** | Katrina Clark |
| **SCHEDULED DATE/TIME:** | March 21, 2024 9:15 AM | **INTERPRETER:** | Not Required |

**MINUTES ON SENTENCING**

Case called. Appearances placed on the record.

**SENTENCE IMPOSED as to Count one of the Indictment.**

**PROBATION: 2 Years**

    *Special conditions of probation:*

    Mandatory drug testing requirements are imposed.

    Drug aftercare conditions imposed.

    Mental health treatment conditions imposed.

    Defendant shall cooperate in the collection of DNA.

**FINE** of $1,000.00 is due immediatly.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

The defendant is to report to probation immediately after this hearing.

Defendant advised of right to appeal.

Time in court:  9:23 am – 9:45 am; Total time in court: 22 minutes